Plaintiff's Name __Edward Androshchuk__
Prisoner No. __G-48718__
Institutional Address __SVSP, PO Box 1050__
__Soledad, CA 93960__

Number of pages __21__
Received on __1/6/2023__
Scanned/emailed on __1/6/23 SVSP__
by __S. Tomlinson__ at __SVSP__
the Northern District of California.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

__Edward Androshchuk__
(Enter your full name)

v.

__M. Brewer__
__J. Hurd__
__A. Cesares__
__K. Baliton__

(Enter the full name(s) of all defendants in this action)

Case No. __3:23-00094-SK__
(Provided by the clerk upon filing)

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Jury Trial Demanded

## I. Exhaustion of Administrative Remedies.

You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement __Salinas Valley State Prison__

B. Is there a grievance procedure in this institution? ☒ YES  ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES  ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: __to No Avail__

2. First formal level: __to No Avail__

3. Second formal level: to No Avail

4. Third formal level: _____

E. Is the last level to which you appealed the highest level of appeal available to you?
☒ YES        ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.
I Have and Continue to be Refused relief

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

No

B. For each defendant, provide full name, official position and place of employment.
M. Brewer
J. Hurd
A. Cesares
K. Baliton

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

See Attached Document

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

See Attached Documents

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 01.06, 2023

Signature of Plaintiff

1 Edward Androstichuk
2 Salinas Valley State Prison
3 P.O. Box 1050
4 Soledad, CA 93960

UNITED STATES OF DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edward Androstichuk<br>Plaintiff<br><br>V.<br><br>M. Brewer<br>J. Hurd         et.al.<br>A. Cesares<br>K. Baliton<br>Defendant [S] | 42 U.S.C § 1983<br><br>Jury Trial Demanded |

Plaintiff Edward Androstichuk
Alleges:

I. INTRODUCTION

1

# INTRODUCTION

1. This is a civil rights action filed by Edward Androshchuk, A state Prisoner, for Damages under 42 U.S.C § 1983, Alleging Excessive use of Force and denial of medical care in violation of the Eighth Amendment to the United States Constitution and and confinement in segregation in violation of the Due Process Clause of the Fourteenth Amendment to the Constitution. The Plaintiff also alleges the torts of assault and Battery and negligence.

2. Plaintiff also complaints Herein about unlawful Retaliation and Reprisal constituting Cruel and unusual Punishment and Due Process, when CDCR violated CDCR own rule's and Infringing upon Plaintiff right to Access to the Court, thereby rending administrative remedies unavailable.

## II Jurisdiction And Venue

3. This Action is Brought Pursuant to 42 USC 1983 Therefore Jurisdiction is proper under 28 USC §§ 1331 and 1343.

## III PARTIES

4. Plaintiff Edward Andioshchuk is an older man from Ukrain, and currently being Detained By (CDCR) California Department of Correction at Salinas Valley State Prison (SVSP) in Soledad, this Act of Violation Happened at MCSP

5. At All time Mentioned in this Complaint was a Prisoner within the CDCR system.

6. At All time Mentioned in this Complaint Defendant M. Brewer, was Employed by CDCR and is a Correctional officer

7. At All time Mentioned in this complaint Defendant J. Hurd, was Employed by CDCR and was a correctional officer

8. At All time mentioned in this complaint Defendant A. Cesares, was Employed by CDCR and was a correctional officer

9. At All time mentioned in this Complaint Defendant K. Balition, was Employed by CDCR and was a correctional officer

3

10  At All Time mentioned in this complaint Each Individual Defendant[s] was Acting under Color of state law

#1  At All time mentioned, All of the Defendant[s] and Each of them, are Also sued in their individual Capacities For the Claims alleged in This complaint

#2  Plaintiff is informed and believes an on the Basis of such Information and Belief alleges that each of the Defendant[s] 1- through- 9 is responsible in some Manner For the injuries and Damages alleged in this Complaint the true Names and capasities of said Defendant[s] 1 Through- 9 are Presently stated Herein.

#3  Plaintiff therefore Sues Said Defendant[s] 1-Throug 9 by such said Names and will not seek leave to Amend, unless Directed by this Court

## IV. FACTS

#4 J 8.14.2022 I was Assaulted And Battered By A Cesares, J. Hurd, M. Brew and K. Baliton #5 specifically A. Cesares target me for harrasment by intentially searching my cell three times

4

## Fact's

1. IN one week, Cursing at me Racial language
2. saying "Fuck You Russian bastards" "you are fucking
3. Caca Roaches" Fuck putin this is America e1c
4. 16ON the Date in contention I had just Returned
5. from prison work assignment and C/o A. Cesares
6. was taken person property out of my cell without
7. cause or Reason
8. 17. I Respectfully asked what is going on IN
9. my deep Acenled tone, and A. Cesares said: I'm
10. tried of you in my building move out or this
11. will continue to happen Fuckin Rat Russian
12. 18. I said man why do you keep harrasing
13. me I did nothing to you 40 A. Cesares said
14. I Hate fucking Russian.
15. 19. I asked to speak with the Supervisor/Sergeant
16. because I was tried of being harrassed Every
17. other day because these correctional Employee can
18. Abuse their Duty.
19. 20. A. Cesares said NO! You Either gonna move out
20. my Building or I'm gonna keep Hitting your cell
21. and taken your shit!
22. 21. I said I wont to talk to the sergeant I
23. have the right to speak with your Supervisor
24. I than sate on the Bench part of the Table and
25. at this point I saw my pet gorbal I was
26. carring for I went to pick it up and A. Cesares
27. Rushed Toward me and oc sprayed my pet gorbal
28. Than oc spray me Directly to the Face without

5

Cause.

22. I yelled Because of the oc spray that Burnt my eyes I stumbled an fell on the Table when A. Cesares oc sprayed me agan

23. Then He started yellowing get Down mutha Fucce stop resisting me.

24. I was discabobalated From this Attack I Didnt under stand or Do anything which should cause this C/o to use force this Extreme against me.

25. The alarmed sounded, and another correctional employee arrived *J. hurd while I was oc sprayed and now hand cuffed A. Cesares told J. hurd to give me the special Treatment what that meant I didnt know, but I soon Found out what the special tredt was.

26. J. Hurd Squeezed The hand cuff very very tight into my waist as Him and M. Brewer escorted me out the Building J. hurd and M Brewer twisted and Angaled my Arm in position to cause me Extreme pain, I was screaming that I have asthma and cant Really breath they laughted and Said Fuck You Stupid mutha Fucka while Pushing my Arms up ward which Bent me over intill I landed on my Face and stomach.

27. At this time J. hurd and M. Brewer Started to Beat me, Hit me on and in my Head J. hard Did most of the Assault And battery, M. Brewer held

6

my legs and twisted them in painful ways all while I'm shackled and Fully hand cuffed

28. Then upon Information And belief K. Bali-ton joined in on the assualt and battery.

29. I was having difficulty to breath Due to my asthma attack from the pepper spray. I Heared voices and Felt the Blows from these People, But my main Focus was to attempt to Control my Breathing, I was in alot of pain

30. I kept screaming I need medical help all while the Beat me, call me Dirty Russian, Bitch and laught at my misoury and pain.

31. I didn't know at the time but the Beaten and battery was being Recording on institutional AVSS which show them Beaten and Hitting me all while handcuffes as I Struggle to breath and asked For help.

32. I finally get to see The Doctor/Nurse and the correctional officer who just beat me told them I was drunk but, I wasn't my thick acent and the OC spray mixed with SN of made it hard to speake semi clear.

33. I said I need Asthma pump or treatment which was Refused to me by what These correctional officer told the Nurses

34. I am being Deprived all the Record and Names of the nurses and person who denied

7

CON FACTS

me medical Treatment but, my chief issues is the Beaten and illegal attack against my person For no-Reason, which is on camera.

Exhaustion of Administrative Remedies:

Plaintiff Exhausted His administrative Remedie's And Received a notice Which staled they cannot do any thing Further regarding this issue, Therefore Exhaustion is completed

CON

8

Claim For Relief: First Claim
Eighth Amendment Violation —
Cruel and unusual Punishment
Excessive use of Force

35  The allegations contained in Paragraph's 1 through 42, inclusive are hereby incorporated by reference.

36  Defendant[s] M. Brewer, J. hurd, K. Balilew, A. Cesares in using Physical Force against the Plaintiff without need or Provocation, or in Failing to intervene to Prevent the misuse of Force, were done maliciously and Sadistically and constituted Cruel and unusual Punishment in violation of the Eighth Amendment of The united States Constitution.

37  The actions of defendant[s] J. hurd, A Cesares in using Physical Force against the Plaintiff without need or Provocation constituted the tort of Assault and battery under the law of California

3q  The Failure of Defendant[s] to Provide medical examination and Treatment of his Battered Face, Head And Body constitutes the Tort of Negligence under the law of California

9

39. The Force used by Defendants J. hurd A. cesares M. Brewer Baliton was Not used to maintain OR Restore order But was used maliciously and sadistically For purpose to Cause harm To the Plaintiff

40. Defendant[S] Acted Dispicably knowingly willfully and maliciously or with reckless OR Callous Disrespect, disregard For plaintiff Federally Protected Rights

41. As a further Direct and Proximate Result of all the Defendant[S] Actions Herein Asserted Plaintiff Suffered Headeches Nerve damage, PTSD, Physical Injuries, Emotional and Psychological distress

42. Plaintiff is entitled to an award of Compensatory and Punitive Damages For Injuries suffered

## SECOND CLAIM FOR RELIEF
### Violation of Eighth Amendment – Deliberate Indifference

43. Plaintiff realleges and incorporate by reference 1 Through 42 Inclusive and Paragraphs 43 through 49 inclusive of the First and Third Claims as it Allege Herein

44. Defendant[s] J. Hurd, M. Brewer, Baliton, A. Cesares Have Denied Plaintiff of his Eighth Amendment right to be free From Cruel and unusual Punishment in the Form of Deliberate Indifference to Personal safety thus Denying a basic human right Guaranteed to prisoners by the United States Constitution

45. The Defendant[s] Had a Duty to Protect Plaintiff From Substantial risk of Serious Harm, thus Exhibited Deliberate indifference to Plaintiff right to Personal Safety, Defendants Acted with a culpable state of mind, Subjected him to unneccessary and wanton Infliction of Pain And Injuries

46. Defendant[s] Acted Dispicably. Knowingly willfully and maliciously or with reckless OR Callous Disrespect disregard For Plaintiff's Federally Protected Rights

14

47. Specifcally Defendent(s) were Deliberate indifference to The plaintiff Personal Safety when They Beat, Assault and Battered Him Intentionally knowingly and maliciously on camera while Plaintiff was Handcuff And restraints therefore Deliberately indifferent to plaintiff Personal Safety and The Eighth Amendment united State constitution

48. As a Further Direct and Proximate Result of all the Defendant(s) Actions Herein Asserted Plaintiff Suffered Physical, Emotional And Psychological Injuries

49. Plaintiff is entitled to an award of Compensatory and Punitive Damages For injuries suffered

## Third Claim For Relief Eighth Amendment Violation—Failure to Protect

50. The allegations contained in paragraphs 50 through 57 inclusive are hereby incorporated by reference.

51. Defendant[S] J. hurd, M. Brew K. Baliton A. cesares violated Plaintiff's right to be free from Cruel and unusual Punishment guaranteed to Plaintiff by Eighth Amendment of the United States Constitution by intentionally in manner described herein and above with knowledge of the risk of serious harm that resulted from their action and omission of Duty

52. Defendant[S] Conduct violated 42 U.S.C 1983 because that conduct constitutes failure to Protect Plaintiff from violence and intimidation in violation of the Eighth Amendment right to be free from Cruel and unusual Punishment

53. Defendant[S] Acted Dispicably, knowingly willfully and maliciously or with reckless or callous disrespect, disregard for Plaintiff's federally Protected Rights

13

54 Specifically Defendants failure to Protect Plaintiff And subjected Him to unneccessary and wanton Infliction of Pain, Suffering Including Psychological distress, in Violation of His rights under the Eighth Amendment

55 As a further Direct and Proximate Result of all the Defendant(S) J hurd. M. Brewer Balilon Actions Here in Asserted Plaintiff Suffered unwanted beaten, Asthma Attack, Burses Emotional Injuries

56 Plaintiff is entitled to an award of Compensatory and Punitive Damages for Injuries Suffered

14

PRAYER FOR RELIEF

57. WHEREFORE PLAINTIFF EWARD Androschuhuk PRAYS FOR THE FOLLOWING RELIEF:

1. Compensatory Damages according to Proof,
2. Expunge the Disciplinary Conviction Described in this Complaint From Plaintiff Institutional Records
3. Award Compensatory damages in the Following amount $250,000.00 Jointly and Severally against J. hurd, A. Cesares, M. Brewer For Causing the Physical Attack, Assault And battery Emotional injuries Sustained as a result of their Collective act
4. $50,000.00 Jointly and Severally against J. hurd, A. Cesares, M. Brewer And K. Baliton For refusing to Curd ~~or~~ interven or stop the battery, Assault, Excessive use of Force and/or Report against one another
5. Punitive Damages according to Proof
6. Costs of the suit and
7. Such Further Relief as the court Deems proper and equitable
8. Review the camera as Proof For Evidence

## VERIFICATION

I, DECLARE UNDER PENALTY OF PERJURY under laws of CALIFORNIA THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT SVSP IN Soledad, CA Sent from Salinas Valley State Prison on this Date: 01/05/2023

Respectfully submitted
ANDROSCHUHUK, Edward

IN Pro-se

16

# CIVIL COMPLAINT