UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDROSHCHUK, G48718,<br><br>Plaintiff,<br><br>v.<br><br>M. BREWER, Correctional Officer, et al.,<br><br>Defendant(s). | Case No. 23-cv-00094-SK  (PR)<br><br>**ORDER OF TRANSFER** |

While plaintiff was incarcerated at Salinas Valley State Prison (SVSP),[1] he filed this pro se prisoner action for damages under 42 U.S.C. § 1983 and 28 U.S.C. § 1367 alleging federal and state law violations while he was incarcerated at Mule Creek State Prison (MCSP) in August 2022.  See ECF No. 1 (Compl.) at 6 ("This act of violation happened at MCSP.").  Because a substantial part of the events/omissions giving rise to the claims occurred, and the defendants named reside, in the County of Amador, which lies within the venue of the Eastern District of California, 28 U.S.C. § 84(b), venue properly lies in the Eastern District, id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: April 26, 2023

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge

---

[1] Although the state prisons' online public inmate locator system indicates that plaintiff now is at Kern Valley State Prison (KVSP), plaintiff did not file a notice of change of address or otherwise inform the court that his mailing address in this case is no longer SVSP.